David P. Morales, Esq., SBN 191229
THE MORALES LAW FIRM
560 S. Winchester Blvd., Suite 500
San Jose, CA  95128
Telephone: (408) 850-2101
Facsimile: (866) 406-6080
E-Mail: dmorales@IPCounselOnline.com

Attorneys for Plaintiff JACQUE OJADIDI,
dba "XMMICRO" and "XMICRO,"

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JACQUE OJADIDI, dba "XMMICRO" and "XMICRO," <br><br> Plaintiff, <br><br> vs. <br><br> XM SATELLITE RADIO, INC., a Delaware corporation; and DOES 1 through 50, inclusive, <br><br> Defendants. | Civil Action No.: 3:11-CV-00168 EDL <br><br> **STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES AND [PROPOSED] ORDER** <br><br> **CMC Date:  April 19, 2011** <br> **Ctrm.: E, 15th Floor** <br> **Time: 10:00 AM** <br> **Before: Hon. M. J. Elizabeth D. Laporte** |

Pursuant to Civil Local Rule 6-2, Defendant SIRIUS XM RADIO INC. (formerly XM Satellite Radio, Inc.)("Sirius XM") and Plaintiff JACQUE OJADIDI ("Ojadidi") (collectively, the "Parties"), by and through their respective counsel, hereby file this Stipulated Request to Continue the Case Management Conference and Related Deadlines ("Stipulated Request") by approximately one (1) month.  This Stipulated Request is based on the Declaration of David P. Morales in Support of Stipulated Request to Continue Case Management Conference and Related Deadlines ("Morales Decl."), on the facts and law included in this Stipulated Request and the Court's file in this matter, and on such other evidence and law as the Court may receive.

/ / /

/ / /

## **STIPULATED REQUEST**

TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

WHEREAS, on or about January 26, 2011, Sirius XM agreed to accept service of process through its undersigned counsel, *see* Morales Decl. at ¶2;

WHEREAS, on or about January 28, 2011, Ojadidi served his First Amended Complaint ("Complaint") on Sirius XM, *see id*. at ¶3;

WHEREAS, in order to facilitate the Parties' efforts to resolve this dispute informally, Ojadidi granted Sirius XM an extension of time to answer or otherwise respond to the Complaint until March 19, 2011, *see id*. at ¶4;

WHEREAS, as the Parties' efforts continued, Ojadidi granted Sirius XM a further extension of time to answer or otherwise respond to the Complaint until March 28, 2011, *see id*. at ¶5;

WHEREAS, the Court's January 11, 2011 Scheduling Order set the following deadlines and Initial Case Management Conference date:

- **March 29, 2011** as the parties' last day to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan; to file ADR Certification signed by Parties and Counsel; and to file either Stipulation to ADR Process or notice of Need for ADR Phone Conference;

- **April 12, 2011** as the last day to file Rule 26(f) Report, complete Initial Disclosures or state objection in Rule 26(f) Report and file Case Management Statement per attached Standing Order re Contents of Joint Case Management Statement (also available at http://www.cand.uscourts.gov); and

- **April 19, 2011** as the Initial Case Management Conference (CMC) in Ctrm E, 15th Floor, SF at 10:00 AM.

WHEREAS, it appears the parties have reached an agreement in principle resolving this dispute, the Parties need additional time to finalize their agreement, and the Parties wish to minimize unnecessary expense to the Court and themselves, *see id*. at ¶6;

/ / /

**STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**
Case No. CV11-00168 EDL

NOW, THEREFORE, the Parties hereby respectfully request that the Court grant the Parties approximately one (1) month to complete their efforts to resolve this dispute informally, and that the Court amend its Scheduling Order deadlines and Initial Case Management Conference Date as follows:

- **May 3, 2011** as the parties' last day to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan; to file ADR Certification signed by Parties and Counsel; and to file either Stipulation to ADR Process or notice of Need for ADR Phone Conference;

- **May 17, 2011** as the last day to file Rule 26(f) Report, complete Initial Disclosures or state objection in Rule 26(f) Report and file Case Management Statement per attached Standing Order re Contents of Joint Case Management Statement (also available at http://www.cand.uscourts.gov); and

- **May 24, 2011** as the Initial Case Management Conference (CMC) in Ctrm E, 15th Floor, SF at 10:00 AM.

Or until the Court's soonest available dates thereafter.

IT IS SO STIPULATED.

Dated: March 25, 2011                     KRAMER, LEVIN, NAFTALIS & FRANKEL LLP


By:   /S/ *Erica D. Klein*
   ERICA D. KLEIN
   Attorneys for Defendant Sirius XM Radio Inc.
   1177 Avenue of the Americas
   New York, NY  10036


Dated: March 25, 2011                     THE MORALES LAW FIRM


By:   /S/ *David P. Morales*
   DAVID P. MORALES
   Attorney for Plaintiff Jacque Ojadidi

**STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**
Case No. CV11-00168 EDL

1 **[PROPOSED] ORDER**

2    PURSUANT TO STIPULATION, IT IS SO ORDERED.

6    Date: March 28, 2011



Judge Elizabeth D. Laporte

**STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**
Case No. CV11-00168 EDL

- 4 -